# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CHERYL SCHULTZ

        V.        CASE NUMBER: 6:04-CV-1369(NAM)

COMMISSIONER OF SOCIAL SECURITY


[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, reversing the Commissioner's decision denying disability benefits and remanding this case pursuant to 42 U.S.C. §405(g) for further proceedings consistent with the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on March 18, 2008.

DATED:    March 18, 2008

                                                  Clerk of Court

LKB:lmp